








RYC    3/1/04    10:26

3:02-CV-01349    MYERS V. USA

*111*

*SCHEDO.*

```
                    FILED
            04 FEB 27 PM 3:41
           CLERK, U.S. DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MYERS, as guardian ad litem for Lacie Myers, a minor, individually, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA and OHM REMEDIATION SERVICES, INC., <br><br> Defendants. | Civil No. 02cv1349-JAH(AJB) <br><br> *Second Amended* Scheduling Order |

Upon discussion with counsel, for good cause shown, the dates set forth in the Court's September 26, 2003 Amended Scheduling Order are hereby vacated and modified as follows:

IT IS HEREBY ORDERED:

1. On or before **March 31, 2004**, the parties may make additional designations of expert witnesses as necessary and appropriate. Such additional designations shall be made without prejudice to the right of any party to challenge those designations as untimely, and all arguments regarding the timeliness of these additional designations, and their necessity relative to new information uncovered in discovery, are reserved. The written designations shall include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list shall also include the normal rates the expert charges for deposition and trial testimony. **The parties must**

identify <u>any</u> person who may be used at trial to present evidence pursuant to Fed. R. Evid. 702, 703 and 705, respectively. This requirement is <u>not</u> limited to retained experts.

2. On or before *July 9, 2004*, Plaintiff shall comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. On or before *August 9, 2004*, Defendants shall comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. **The disclosure requirement applies to all persons retained or specifically employed to provide expert testimony or whose duties as an employee of the part regularly involve the giving of expert testimony.**

3. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c)on or before *September 10, 2004*.

4. **Please be advised that failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed.R.Civ.P.37 including a prohibition on the introduction of experts or other designated matters in evidence.**

5. All fact discovery shall be completed by all parties on or before *June 11, 2004*. All expert discovery shall be completed by all parties on or before *December 1, 2004*. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, *so that it may be completed* by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). All discovery motions shall be filed within 30 days after counsel have met and conferred and reached an impasse with regard to any particular discovery issue, but in no event shall discovery motions be filed more than 30 days after the close of discovery.

6. A Mandatory Settlement Conference shall be conducted on *July 13, 2004* at *10:00 a.m.* in the chambers of Magistrate Judge Anthony J. Battaglia. Counsel shall submit settlement briefs **directly** to chambers and serve copies on all counsel. Plaintiff's brief shall be submitted to chambers and served on all counsel no later than *June 29, 2004*. Defendant's brief shall be submitted to chambers and served on all counsel no later than *July 6, 2004*. The briefs shall set forth the party's statement of the

case and the party's settlement position, including the last offer or demand made by that party and a separate statement of the offer or demand the party is prepared to make at the Settlement Conference. Settlement Conference briefs shall not exceed ten (10) pages in length, and shall *not* include exhibits or attachments. All parties and claims adjusters for insured defendants and representatives with complete authority to enter into a binding settlement, as well as the principal attorney (s) responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case at the Mandatory Settlement Conference. **Any special arrangements desired in cases where settlement authority rests with a governing body shall be proposed in advance.**

7. All other pretrial motions must be filed so that they may be heard on or before *March 7 2005*. Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Be further advised that the period of time between the date you request a motion date and the hearing date may vary from one district judge to another. *As a result, counsel may have to file their dispositive motions more than 28 days prior to the motion hearing cut-off date in order to meet the motion hearing cut-off.* Please plan accordingly. For example, you should contact the judge's law clerk in advance of the motion cut-off to determine when the judge is calendaring motions. Failure to timely file a motion may result in the motion not being heard.

8. Counsel shall comply with the requirements of Civil Local Rule 16.1 (f)(2) to file Memoranda of Contentions of Fact and Law on or before *April 1, 2004*

9. Counsel shall comply with the Pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before *April 1, 2005.*

10. Counsel shall meet and take the action required by Local Rule 16.1 (f) (4) on or before *April 8, 2005.*

11. Objections to Pre-trial disclosures shall be filed no later than *April 15, 2005.*

12. The Proposed Final Pretrial Conference Order required by Local Rule 16.1 (f) (6) shall be prepared, served, and lodged on or before *April 15, 2005.*

///
///
///

1      13.    The final Pretrial Conference is scheduled on the calendar of Judge Houston on *April 2 2005* at *11:30 a.m.*

IT IS SO ORDERED.

Dated: 2/26/04

ANTHONY J. BATTAGLIA
United States Magistrate Judge

cc: Judge Houston
    All Counsel of Record