Case 3:02-cv-01349-BEN-MDD   Document 247   Filed 02/22/05   PageID.7061   Page 1 of 6
USDC SCAN INDEX SHEET










```
LMH     2/23/05    13:23
3:02-CV-01349    MYERS V. USA
*247*
*STIPO.*
```

ORIGINAL

| | |
|---|---|
| 1 | COX & MOYER |
| | Scott J. Allen (State Bar #178925) |
| 2 | 703 Market Street, Suite 1800 |
| | San Francisco, CA 94103 |
| 3 | Tel: (415) 543-9464 |
| | Fax: (415) 777-1828 |
| 4 | |
| | Attorneys for Plaintiff |

FILED
FEB 22 2005
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court for the

Southern District of California

| | |
|---|---|
| CHRISTINE MYERS, as guardian ad litem for Lacie Myers, a minor, individually | No: 02-CV-01349-BEN (AJB) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' "DAUBERT" MOTIONS AND ESTABLISHING BRIEFING DEADLINES |
| v. | |
| UNITED STATES OF AMERICA, OHM REMEDIATION SERVICES, INC., IT CORPORATION, THE SHAW GROUP, and SHAW ENVIRONMENTAL, INC. | |
| Defendant. | DATE: March 11, 2005<br>TIME: 10:30 a.m.<br>DEPT: Hon. Anthony J. Battaglia<br>Courtroom A, 1ST Floor |

////
////
////
////

**BY FAX**

The undersigned parties hereby agree as follows:

1. Plaintiff has requested, and the Defendants have agreed, that the hearing on the six "Daubert" motions[1] filed by defendants should be continued from March 11, 2005 at 10:30 a.m. to a hearing date thereafter if the Court deems it necessary to hear the motions;

2. Plaintiff shall file any opposition to the six Daubert motions no later than February 25, 2005;

3. Defendants shall file any reply regarding said motions no later than March 18, 2005

DATED: 2-17-05         COX & MOYER

                       By: _____
                           SCOTT J. ALLEN
                           STEPHEN T. COX
                           Attorneys for Plaintiff

DATED: 2-17-05         PETER D. KEISLER
                       Assistant Attorney General
                       Civil Division

                       CAROL C. LAM
                       United States Attorney

                       J. PATRICK GLYNN
                       Director, Torts Branch
                       Civil Division

---

[1] The six motions at issue are: (1) Motion by defendant USA to exclude the testimony of Sandra Brown Ph.D. [Docket Numbers 228 and 229]; (2) Motion by defendant OHM Remediation, defendant IT Corporation to exclude expert testimony of Frederick Oehme pursuant to FR of Evid 702 [Docket Numbers 230 and 231]; (3) Motion by defendant OHM Remediation, defendant IT Corporation to exclude expert testimony of Ron Briggs [Docket Numbers 232 and 233]; (4) Motion by defendant OHM Remediation, defendant IT Corporation to exclude expert testimony of Roman Worobel purs FR Evid 702 [Docket Numbers 234 and 235]; (5) Motion by defendants OHM Remediation, IT Corporation to exclude expert testimony of plaintiff's expert Sandra Brown, Ph.D. [Docket Number 237]; and (6) Defendants' Joint Motion by defendants to exclude expert testimony of treating doctors J. Ben Renfroe, M.D. and Ronald Yarbrough, Ph.D. [Docket Number 239].

COX & MOYER
703 Market St., Ste 1800
San Francisco, CA 94103

02-CV-01349-BEN (AJB) -- STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' "DAUBERT" MOTIONS AND ESTABLISHING BRIEFING DEADLINES             - 2 -

```
 1    JOANN J. BORDEAUX
      Deputy Director, Torts Branch
 2    Civil Division

 3    KAREN P. HEWITT
      Assistant U.S. Attorney
 4

 5
                          By: /s/ Kirsten L. Will
 6                            KIRSTEN L. WILKERSON
                              ADAM BAIN
 7                            Charles A. Quinlan, III
                              Trial Attorneys
 8                            Civil Division, Torts Branch

 9                            Attorneys for Defendant
                              Untied States of America
10

11

12
      DATED: _____        LEWIS, BRISBOIS, BISGAARD & SMITH LLP
13

14
                          By: _____
15                            JOEL A. GOLDMAN
                              CHRISTOPHER P. BISGAARD
16                            STEVEN E. MEYER
                              Attorneys for Defendants
17                            OHM Remediation Services, Inc
                              and IT Corporation
18

19

20

21

22

23

24

25

26

27

28
```

COX & MOYER
703 Market St., Ste 1800
San Francisco, CA 94103

02-CV-01349-BEN (AJB) -- STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' "DAUBERT" MOTIONS AND ESTABLISHING BRIEFING DEADLINES

- 3 -

```
 1    JOANN J. BORDEAUX
      Deputy Director, Torts Branch
 2    Civil Division

 3    KAREN P. HEWITT
      Assistant U.S. Attorney
 4

 5
                                          By: _____
 6                                            KIRSTEN L. WILKERSON
                                              ADAM BAIN
 7                                            Charles A. Quinlan, III
                                              Trial Attorneys
 8                                            Civil Division, Torts Branch

 9                                            Attorneys for Defendant
                                              Untied States of America
10

11

12    DATED: 2-16-05                          LEWIS, BRISBOIS, BISGAARD & SMITH LLP
13

14
                                          By: _____
15                                            JOEL A. GOLDMAN
                                              CHRISTOPHER P. BISGAARD
16                                            STEVEN E. MEYER
                                              Attorneys for Defendants
17                                            OHM Remediation Services, Inc
                                              and IT Corporation
18
```

COX & MOYER
03 Market St., Ste 1800
San Francisco, CA 94105

02-CV-01349-BEN (AJB) -- STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' "DAUBERT" MOTIONS AND ESTABLISHING BRIEFING DEADLINES

-3-

12001558.tif - 2/17/2005 12:19:34 PM

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the Court hereby orders as follows:

1. The hearing on the Defendants' six "Daubert" motions (Docket Numbers 228 - 235, 237 and 239) set for March 11, 2005 at 10:30 a.m. is vacated, and a hearing date will be set by the Court if the Court deems it necessary to hear the motions;

2. Plaintiff shall file any opposition to the six Daubert motions no later than February 25, 2005;

3. Defendants shall file any reply regarding said motions no later than March 18, 2005.

**IT IS SO ORDERED.**

DATED: 2/18/05

ANTHONY J. BATTAGLIA
JUDGE, U.S. DISTRICT COURT

COX & MOYER
703 Market St., Ste 1800
San Francisco, CA 94103

02-CV-01349-BEN (AJB) -- STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' "DAUBERT" MOTIONS AND ESTABLISHING BRIEFING DEADLINES - 4 -

TOTAL P.06