# Exhibit 2

ARLINGTON COURT REPORTING, INC.

901 E. AVENUE K

GRAND PRAIRIE, TEXAS  75050

972-641-6561 – OFFICE

972-641-0800 – FAX


December 3, 2014


Tracy Wingfield

Department of Justice

Civil Division/Environmental Torts

Washington, D.C.  20004

RE:02-cv-1349-DEN;


Dear Ms. Wingfield:

For the deposition of L███ Myers reported on 2-6-12, our charges were as follows:

Videotape Deposition…………………………………………………..............$300.00

Original and one copy of Oral deposition………………………………….400.00

Shipping, handling, binding…………………………………………………….30.00

Total Amount…………………………………………………………………………$730.00


If you have any more questions, please contact me at your convenience.


Thank you,


Catherine Vecchio, CSR RPR

**U.S. DEPARTMENT OF JUSTICE**     Request and Authorization To Incur Litigative Expenses

Civil Division

| | |
|---|---|
| Document Control No. | |
| Acct. Class. Code | 0B1460 |
| Cost | 1,640.00 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 5/7/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Kirsten Wilkerson KLW | (202) 353-7750 | Myers v. United States, DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| Transcripts | 2/6/12   to   2/7/12 |

**Name and address of payee/**
**Tax Identification Number:**

Arlington Court Reporting, Inc.          TIN #: █████
901 Avenue K
Grand Prairie, TX  75050
(972) 641-6561

**Itemization of Expenses:**

Original and one copy, electronic transcript and videotape - $730.00
Original and one copy, electronic transcript - $910.00
Total:  $1,640.00

**Explanation and justification:**

Deposition transcripts for Lacie and Christine Myers.

| Estimated Total Expense |
|---|
| $1,640.00 |

Approved: _____

Branch/Office/Staff Director
Civil Division

FORM CIV-204
JUN 99

ARLINGTON COURT REPORTING, INC.
901 Avenue K
Grand Prairie, Texas 75050
(972) 641-6561
FAX (972) 641-0800
. (800) 640-6561
acireporting@yahoo.com

February 29, 2012

TO: Ms. Kirsten Wilkerson
Senior Trial Counsel
Torts Branch Civil Litigation
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Suite 8014 South
Washington, D.C. 20004
(202) 353-7750 Office
(202) 616-4473 Facsimile

RE: No. 02-cv-1349-BEN (AJB)
*Christine Myers, et al. v.*
*United States of America, et al.*

In the United States District Court
Southern District of California

Original, one copy, Electronic Transcript and Videotape; Oral Deposition of:
Lacie Myers reported on 2-6-2012..................................................................$730.00

Original, one copy, Electronic Transcript; Oral Deposition of:
Christine Myers reported on 2-7-2012.............................................................910.00

TOTAL AMOUNT DUE.....................................................................................$1,640.00

THANK YOU
WE APPRECIATE YOUR BUSINESS
TAX I.D. ███████

Service(s) Rendered on _2/6 - 2/7/12_

Received on _3/1/12_

Attorney Signature _[signature]_ Date _5/7/12_

File: Wilkerson, Kirsten

I certify that goods / services
were received on _3/1/12_
Oral purchase was authorized &
no confirming order was issued.

_[signature]_

Branch / Office / Staff Director
Civil Division          (Date)

| | |
|---|---|
| **Document Control No.** | |
| **Acct. Class. Code** | 0B1460 |
| **Cost** | $818.20 |
| **Object Class** | |

| **Name and Title of Requestor** | **Date of Request** |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 3/7/12 |

| **Name of person to be contacted** | **Telephone Number** | **Case and Number** |
|---|---|---|
| Jacqueline Brown | (202) 616-9386 | Myers v. United States, DJ#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 |

| **Nature of Service** | **Dates of Service** |
|---|---|
| Transcript | 2/22/12 to 2/22/12 |

**Name and address of payee/**
**Tax Identification Number:**

Hitchcock & Associates        TIN #: ▮▮▮▮▮▮▮▮
P.O. Box 13253
Pensacola, FL 32591
(850) 434-6447

**Itemization of Expenses:**

Appearance Fee:        $140.00
Original and one copy:    571.50
Mini transcript:          63.50
Exhibits:                 20.70
Etran:                    10.00
Postage & Handling:       12.50
Total:  $818.20

**Explanation and justification:**
Deposition transcript of James Benjamin Renfroe taken on February 22, 2012.

| **Estimated Total Expense** |
|---|
| $818.20 |

Approved:_____

Branch/Office/Staff Director
Civil Division

## Hitchcock & Associates

*Hitchcock & Associates*

P.O. Box 13253
Pensacola, FL 32591
(850) 434-6447
(850) 434-0415 FAX

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/29/2012 | 12-1080M... |

| Bill To |
|---------|
| JACQUELINE BROWN, ESQUIRE<br>U.S. DEPARTMENT OF JUSTICE<br>1331 PENNSYLVANIA AVE. NW<br>ROOM 8008S<br>WASHINGTON, DC 20004 |

| Ship To |
|---------|
| |

| TERMS | DUE DATE | REP | FEDERAL ID# | JOB NUMBER |
|-------|----------|-----|-------------|------------|
| 1.5% after 30 | 3/30/2012 | MET | ▮▮▮▮ | |

| Item | Description | Amount |
|------|-------------|--------|
| | CHRISTINE MYERS,<br>as guardian as litem,<br>Plaintiff,<br><br>UNITED STATES OF AMERICA, et al.,<br>Defendants.<br><br>Case No: 02-CV-1349-BEN (AJB)<br><br>Deposition of the following taken at the Child<br>Neurology Center of Northwest Florida, 400<br>Gulf Breeze Parkway, Suite 300, Gulf Breeze,<br>Florida on February 22, 2012 -<br><br>James Benjamin Renfroe, M.D. - 127 pages | |
| Deposition | APPEARANCE FEE: 10:30 - 2:30 | 140.00 |
| Transcripts | ONE ORIGINAL AND ONE COPY: 127 pages @ 4.50 pp | 571.50 |
| Condensed | mini transcript- 127 pages @ .50 pp | 63.50 |
| Exhibits | 69 copies @ .30 pp | 20.70 |
| Indexing | courtesy | 0.00 |
| E-Mail | Etran | 10.00 |
| P&H | Postage & Handling | 12.50 |

I certify that goods / services
were received on _2/29/12_
Oral purchase was authorized/
no confirming order was issued.

Branch / Office / Staff Director _____
Civil Division    (Date)

Service (s) Rendered on _2/22/12_
Received on _2/29/12_

_____ 3/6/2012
Attorney Signature    Date

It's been a pleasure working with you!

| Total | $818.20 |
|-------|---------|

# U.S. DEPARTMENT OF JUSTICE

Request and Authorization To Incur Litigative Expenses

Civil Division

| | |
|---|---|
| Document Control No. | |
| Acct. Class. Code | 0B1460 |
| Cost | $1,317.12 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 5/10/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Jacqueline Brown | (202) 616-9386 | Myers v. United States, DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| court reporter services | to      2/28/12 |

**Name and address of payee/**
**Tax Identification Number:**

Shelburne Sherr Court Reporters Inc.
501 West Broadway
Suite 1330
San Diego, CA 92101
Tax ID: ▇▇▇▇▇▇▇

**Itemization of Expenses:**

Orig. & certified transcript, exhibits, CD, E-transcript,
processing, delivery fees          $1,317.12

**Explanation and justification:**

Invoice #115967
Lawrence Eichenfield

| Estimated Total Expense |
|---|
| $1,317.12 |

Approved: _____

Branch/Office/Staff Director
Civil Division

# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA 92101
Phone:(619) 234-9100   Fax:(619) 234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 115967 | 3/9/2012 | 65786 |

| Job Date | Case No. | |
|---|---|---|
| 2/28/2012 | 02-CV-1349-BEN (AJB) | |

| Case Name | | |
|---|---|---|
| Meyers vs. United States of America | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Jacqueline Brown, Esq.
UNITED STATES DEPARTMENT OF JUSTICE - CIVIL
DIVISION
1331 Pennsylvania Avenue NW
Room 8008 S
Washington, DC 20044

CREDITS = $60.00 Exhibit Binders and $50.00 Delivery Fee = $110.00.

WE THANK YOU FOR YOUR BUSINESS!

Acceptance of work product constitutes acceptance of terms. Invoices are issued on the credit of our client and cannot be transferred.
Past due accounts are subject to a carrying fee of 18% per annum. No adjustments or refunds will be made after 90 days.

*** CONNECTING YOU WORLDWIDE THROUGH VIDEOCONFERENCING!

| | |
|---|---|
| (-) Payments/Credits: | 110.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,317.12 |

I certify that goods / services were received on 5/9/12 Oral purchase was authorized & no confirming order was issued.

Branch / Office / Staff Director Civil Division (Date)

Service(s) Rendered on 2/28/12
Received on ___ pay 5/9/12
Attorney Signature ___ B ___ Date 5/10/12

Tax ID: ███████

Phone: 202-616-9387   Fax:202-616-4473

*Please detach bottom portion and return with payment.*

Jacqueline Brown, Esq.
UNITED STATES DEPARTMENT OF JUSTICE - CIVIL
DIVISION
1331 Pennsylvania Avenue NW
Room 8008 S
Washington, DC 20044

Invoice No.   :   115967
Invoice Date  :   3/9/2012
**Total Due**   :   **$1,317.12**

Remit To:   **SHELBURNE SHERR COURT REPORTERS, INC.**
**501 West Broadway**
**Suite 1330**
**San Diego, CA 92101**

Job No.    :   65786
BU ID      :   1-MAIN
Case No.   :   02-CV-1349-BEN (AJB)
Case Name  :   Meyers vs. United States of America

# INVOICE

SHELBURNE SHERR COURT REPORTERS, INC.
501 West Broadway
Suite 1330
San Diego, CA 92101
Phone:(619) 234-9100   Fax:(619) 234-9109

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 115967 | 3/9/2012 | 65786 |

| Job Date | Case No. | |
|---|---|---|
| 2/28/2012 | 02-CV-1349-BEN (AJB) | |

| Case Name | | |
|---|---|---|
| Meyers vs. United States of America | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Jacqueline Brown, Esq.
UNITED STATES DEPARTMENT OF JUSTICE - CIVIL
DIVISION
1331 Pennsylvania Avenue NW
Room 8008 S
Washington, DC 20044

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Lawrence Eichenfield, M.D. | 158.00 Pages | @ | 6.15 | 971.70 |
| Exhibit | 531.00 Pages | @ | 0.35 | 185.85 |
| Hourly | 4.50 Hours | @ | 0.00 | 0.00 |
| Stat. Fee (Gov. C. 8211) | | | 10.00 | 10.00 |
| E-Transcript | | | 10.00 | 10.00 |
| CD | | | 15.00 | 15.00 |
| Exhibit Binder | 2.00 | @ | 30.00 | 60.00 |
| Handling/Delivery of ORG | | | 30.00 | 30.00 |
| Processing | | | 35.00 | 35.00 |
| Overnight Delivery | | | 109.57 | 109.57 |

TOTAL DUE >>>     $1,427.12

Service(s) Rendered on 2/28/2012
Received on 5/9/2012

Attorney Signature     Date

Tax ID: ▮▮▮▮▮

Phone: 202-616-9387    Fax:202-616-4473

*Please detach bottom portion and return with payment.*

Jacqueline Brown, Esq.
UNITED STATES DEPARTMENT OF JUSTICE - CIVIL
DIVISION
1331 Pennsylvania Avenue NW
Room 8008 S
Washington, DC 20044

| | | |
|---|---|---|
| Invoice No. | : | 115967 |
| Invoice Date | : | 3/9/2012 |
| **Total Due** | : | **$1,317.12** |

Remit To:   **SHELBURNE SHERR COURT REPORTERS, INC.**
         **501 West Broadway**
         **Suite 1330**
         **San Diego, CA 92101**

| | | |
|---|---|---|
| Job No. | : | 65786 |
| BU ID | : | 1-MAIN |
| Case No. | : | 02-CV-1349-BEN (AJB) |
| Case Name | : | Meyers vs. United States of America |

| | |
|---|---|
| Document Control No. | OB146040 |
| Acct. Class. Code | |
| Cost | $2,767.81 |
| Object Class | |

| | |
|---|---|
| Name and Title of Requestor<br>CHRISTINA M. FALK, ASSISTANT DIRECTOR | Date of Request<br>12/17/12 |
| Name of person to be contacted,<br>Kirsten Wilkerson KW/Kmg | Telephone Number<br>(202) 353-7750 | Case and Number<br>Myers DJ#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 |
| Nature of Service<br>court reporting services | Dates of Service<br>           to     9/5/12 |

Name and address of payee/
Tax Identification Number:

National Court Reporters, Inc.
16600 Sprague Road, #170
Cleveland, OH  44130-6318
Tax ID: ▮▮▮▮▮▮▮▮

Itemization of Expenses:

Court reporter appearance - $200.00
Admin. fee & shipping & handling - $86.50
Med/Tech original +1, e-transcript, exhibits, videographer services - $2,480.98

Explanation and justification:

Sandra Brown, MD

| Estimated Total Expense |
|---|
| $2,767.48 |

Approved: _____
Branch/Office/Staff Director
Civil Division



# National Court Reporters, Inc.

16600 Sprague Road, #170
Cleveland, Ohio 44130-6318
440-826-4000 Fax 440-826-9800

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 10/2/2012 | 16331 |

**Bill To:**

Kirsten Wilkerson, Esq.
US Department of Justice
1331 Pennsylvania Ave. NW
Suite 8014
Washington, DC 20004

**In Re:**

Myers -vs- USA

URGENT

PAST DUE

*For your convenience:*
*We accept Visa, Mastercard,*
*American Express and Discover*

**Case No:**

**Tax I.D.** ███████

| Job Date | Deponent | Service | Description | Quantity | Rate Per | Amount |
|---|---|---|---|---|---|---|
| 9/5/2012 | Sandra Brown, MD | Appearance of Cou... | Court Reporter Appearance Per Hour | 5 | 40.00 | 200.00 |
| | | Med/Tech | Original + 1-(Medical/Technical) | 283 | 2.95 | 834.85 |
| | | E-Transcript | E-Transcript | | 50.00 | 50.00 |
| | | Exhibit | Exhibits (black and white and/or color copies) | 387 | 1.49 | 576.63 |
| | | ASCII or Condensed | ASCII or Condensed | | 29.50 | 29.50 |
| | | Appearance Video... | Appearance Videographer (First hour) | | 195.00 | 195.00 |
| | | Appearance Video... | Appearance Videographer (each add'l hour) | 4 | 125.00 | 500.00 |
| | | DVD | DVD M-Peg | | 295.00 | 295.00 |
| | | Administration Fee | Administration Fee | | 49.00 | 49.00 |
| | | Shipping & Handli... | Shipping and Handling | | 37.50 | 37.50 |
| | | | | | | 2,767.48 |
| 11/30/2012 | | Late fee | Late Fee charge 1.8% | | 1.80% | 49.81 |

I certify that goods / services
were received on 12/2/12
Oral purchase was authorized &
no confirming order was issued.

Service Provided on 9/5/12

Recel: Okay to pay

Attorney Signature     Date 12/2/12

Branch Chief / Staff Director

*Invoice Due upon receipt and is not contingent upon client payment*

| Phone # | Fax # |
|---|---|
| 440-826-4000 | 440-826-0361 |

All invoices over 30 days are subject to collection fees,
including, but not limited to:
A monthly administrative fee of $50 and maximum
interest rate allowable by law.

| | |
|---|---|
| **Total** | $2,817.29 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,817.29 |

NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS. WE KNOW THAT YOU HAVE CHOICES AND

**U.S. DEPARTMENT OF JUSTICE**     Request and Authorization To Incur Litigative Expenses

Civil Division

| | |
|---|---|
| Document Control No. | |
| Acct. Class. Code | 0B1460 |
| Cost | $4,417.71 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 5/17/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Anthony Garza | (202) 616-4226 | Myers v. United States, DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| Transcript | 3/23/12 to 3/23/12 |

**Name and address of payee/
Tax Identification Number:**

National Court Reporters, Inc.          TIN #: ███
16600 Sprague Road, #170
Cleveland, Ohio  44130-6318
(440) 826-4000

**Itemization of Expenses:**

| | |
|---|---|
| Original and one copy: | $1,624.35 |
| Overnight Expedite Fee: | 1,624.35 |
| Appearance Fee: | 665.00 |
| E-Transcript: | 136.50 |
| Exhibits: | 222.01 |
| ASCII or Condensed | 59.00 |
| Admin. Fee & Shipping & Handling: | 86.50 - Total:  $4,417.71 |

**Explanation and justification:**

Deposition transcript of Maxine Davis and Jamie Mays.

| Estimated Total Expense |
|---|
| $4,417.71 |

Approved:_____

Branch/Office/Staff Director
Civil Division



**National Court Reporters, Inc.**

16600 Sprague Road, #170
Cleveland, Ohio 44130-6318
440-826-4000 Fax 440-826-9800

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 4/27/2012 | 15447 |

**Bill To:**

Anthony M. Garza, Esq.
US Dept. of Justice, Civil Division
1331 Pennsylvania Ave, NW
Room 8208N
Washington, DC 20004

**In Re:**

Myers -vs- USA

*For your convenience:*
*We accept Visa, Mastercard,*
*American Express and Discover*

Case No.

**Tax I.D.** ▮▮▮▮▮▮

| Job Date | Deponent | Service | Description | Quantity | Rate Per | Amount |
|---|---|---|---|---|---|---|
| 3/23/2012 | Maxine Davis | Appearance of Cou... | Court Reporter Appearance Per Hour | 7 | 95.00 | 665.00 |
| | | Transcript Original | Transcript Original +1 (includes word index) | 125 | 5.95 | 743.75 |
| | | Expedite | Overnight Expedite Fee + 100% | 125 | 5.95 | 743.75 |
| | | E-Transcript | E-Transcript (per page) | 125 | 0.50 | 62.50 |
| | | Exhibit | Exhibits (black and white and/or color copies) | 126 | 1.49 | 187.74 |
| | | ASCII or Condensed | ASCII or Condensed | | 29.50 | 29.50 |
| | | | | | | 2,432.24 |
| | Jamie Mays | Transcript Original | Transcript Original +1 (includes word index) | 148 | 5.95 | 880.60 |
| | | Expedite | Overnight Expedite Fee + 100% | 148 | 5.95 | 880.60 |
| | | E-Transcript | E-Transcript (per page) | 148 | 0.50 | 74.00 |
| | | Exhibit | Exhibits (black and white and/or color copies) | 23 | 1.49 | 34.27 |
| | | ASCII or Condensed | ASCII or Condensed | | 29.50 | 29.50 |
| | | Administration Fee | Administration Fee | | 49.00 | 49.00 |
| | | Shipping & Handli... | Shipping and Handling | | 37.50 | 37.50 |
| | | | | | | 1,985.47 |

Service (s) Rendered on *April 2012*
Received on *16 March 2012*

*(signature)* 17 May 2012
Attorney Signature Date

I certify that goods / services
were received on *5/17/12*
Oral purchase was authorized
no confirming order was issued.

*(signature)*
Branch / Office / Staff Director
Civil Division
(Date)

**\*\*\*\*\*Invoice due upon receipt and is not contingent upon client payment\*\*\*\*\***

| Phone # | Fax # |
|---|---|
| 440-826-4000 | 440-826-0361 |

All invoices over 30 days are subject to collection fees,
including, but not limited to:
A monthly administrative fee of $50 and maximum
interest rate allowable by law.

| | |
|---|---|
| **Total** | $4,417.71 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,417.71 |

NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS. WE KNOW THAT YOU HAVE CHOICES AND
WE APPRECIATE YOUR FIRM CHOOSING OUR FIRM.

# U.S. DEPARTMENT OF JUSTICE

Request and Authorization To Incur Litigative Expenses

Civil Division

| | |
|---|---|
| Document Control No. | |
| Acct. Class. Code | 0B1460 |
| Cost | 422.40 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 5/24/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Kirsten Wilkerson | (202) 353-7750 | Myers v. United States, DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| Transcript | 5/9/12    to    5/9/12 |

**Name and address of payee/
Tax Identification Number:**

Barkley Court Reporters
File No 50217
Los Angeles, CA  90074
(800) 222-1231

TIN #: █████████

**Itemization of Expenses:**

Original/Index Transcript
Total:  $422.40

**Explanation and justification:**

Deposition transcript of John Whalen May 9, 2012.

| Estimated Total Expense |
|---|
| $422.40 |

Approved:_____

Branch/Office/Staff Director
Civil Division

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 426503 | 5/18/2012 | 340306 |

| Job Date | Case No. |
|---|---|
| 5/9/2012 | 02-CV-1349-BEN (AJB) (S.D. Cal) |

| Case Name |
|---|
| Myers v. The United States |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Anthony Garza, Esq.
Department of Justice - (DC)
20 Massachusetts Avenue, NW
Room 7109
Washington DC 20530

Original/Index transcript of deposition of:
  John Whalen                                                           422.40

**TOTAL DUE >>>**                                                    **$422.40**

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

Service (s) Rendered on 5/1/12
Received on 5/21/12

I certify that goods / services
were received on 5/21/12
Oral purchase was authorized &
no confirming order was issued.

_Attorney Signature_    Date 5/21/12

5/30/12

Tax ID:                Staff Director
~vision           **(Date)**          *Please detach bottom portion and return with payment.*

Phone: (202) 305-0198    Fax:

---

Anthony Garza, Esq.
Department of Justice - (DC)
20 Massachusetts Avenue, NW
Room 7109
Washington DC 20530

Job No.   : 340306        BU ID   : .BCR - SF
Case No.   : 02-CV-1349-BEN (AJB) (S.D. Cal)
Case Name : Myers v. The United States

Invoice No. : 426503        Invoice Date : 5/18/2012
**Total Due : $ 422.40**

Remit To: **Barkley Court Reporters**
          **File No 50217**
          **Los Angeles CA  90074**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# U.S. DEPARTMENT OF JUSTICE

Request and Authorization To Incur Litigative Expenses

Civil Division

| | |
|---|---|
| Document Control No. | 0B1460 |
| Acct. Class. Code | 790.82 |
| Cost | |
| Object Class | |

| | |
|---|---|
| **Name and Title of Requestor** <br> CHRISTINA M. FALK, ASSISTANT DIRECTOR | **Date of Request** <br> 5/30/12 |

| **Name of person to be contacted** <br> Anthony Garza | **Telephone Number** <br> (202) 616-4226 | **Case and Number** <br> Myers v. United States, DJ#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 |
|---|---|---|

| **Nature of Service** <br> Transcript | **Dates of Service** <br> 5/9/12    to    5/9/12 |
|---|---|

**Name and address of payee/**
**Tax Identification Number:**

Barkley Court Reporters
File No 50217
Los Angeles, CA  90074
(800) 222-1231

TIN #: ▮▮▮▮▮

**Itemization of Expenses:**

Original/Index Transcript
Total:  $790.82

**Explanation and justification:**
Deposition transcript of Carol Hyland May 9, 2012.

| **Estimated Total Expense** |
|---|
| $790.82 |

Approved:_____

Branch/Office/Staff Director
Civil Division

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 426621 | 5/22/2012 | 340307 |

| Job Date | Case No. |
|---|---|
| 5/9/2012 | 02-CV-1349-BEN (AJB) (S.D. Cal) |

| Case Name | |
|---|---|
| Myers v. The United States | |

| Payment Terms | |
|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | |

Anthony Garza, Esq.
Department of Justice - (DC)
20 Massachusetts Avenue, NW
Room 7109
Washington DC 20530

Original/Index transcript of deposition of:
Carol Hyland                                                             790.82

**TOTAL DUE >>>**                        **$790.82**

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

I certify that goods / services
were received on 5/29/12
Oral purchase was authorized &
no confirming order was issued.

Service (s) Rendered on 23 May 2012
Received on 29 May 2012

29 May 2012

Branch / Office / Staff Director          Attorney Signature          Date
Civil Division          (Date)

Tax ID: ▓▓▓▓▓▓                                    Phone: (202) 305-0198    Fax:

*Please detach bottom portion and return with payment.*

Anthony Garza, Esq.
Department of Justice - (DC)
20 Massachusetts Avenue, NW
Room 7109
Washington DC 20530

Job No.   : 340307        BU ID   : BCR - SF
Case No.  : 02-CV-1349-BEN (AJB) (S.D. Cal)
Case Name : Myers v. The United States

Invoice No. : 426621        Invoice Date : 5/22/2012
**Total Due : $ 790.82**

Remit To: **Barkley Court Reporters
File No 50217
Los Angeles CA 90074**

### PAYMENT WITH CREDIT CARD    AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# U.S. DEPARTMENT OF JUSTICE

Request and Authorization To Incur Litigative Expenses

Civil Division

| Document Control No. | |
|---|---|
| Acct. Class. Code | OB146040 |
| Cost | $1,350.50 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 7/18/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Adam Bain    AB | (202) 616-4209 | Myers DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| video services | to      6/29/12 |

**Name and address of payee/ Tax Identification Number:**

Barkley Court Reporters
File No 50217
Los Angeles, CA 90074
Tax ID: █████████

**Itemization of Expenses:**

Videotape recording of:
    Barry Gustin depo. - $325.00
    Videographer - $962.50
    Synchronization, etc. - $63.00

**Explanation and justification:**

Barry Gustin, M.D.

| Estimated Total Expense |
|---|
| $1,350.50 |

Approved:_____

Branch/Office/Staff Director
Civil Division

# INVOICE

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 429388 | 7/18/2012 | 342411 |

| Job Date | Case No. |
|---|---|
| 6/29/2012 | 02-CV-1349-BEN (AJB) (S.D. Cal) |

| Case Name |
|---|
| Myers v. The United States |

| Payment Terms |
|---|
| COD - Interest @ 1.5%/mo after 30 days |

John Adam Bain, Esq.
U.S. Department of Justice - (DC - RM 8214-N)
1331 Pennsylvania Ave., NW
Suite 8214N
Washington DC 20004

Videotape Recording of:
Barry Gustin, MD.,

| | | | |
|---|---|---|---|
| Videographer - First 2 Hours | | | 325.00 | 325.00 |
| Videographer: Hourly Rate | 7.00 Hours | @ | 105.00 | 735.00 |
| Video Synchronization (h) | 7.00 Hours | @ | 32.50 | 227.50 |
| Media Stock | | | 10.00 | 10.00 |
| Video: Service Fee | | | 35.00 | 35.00 |
| Parking Reimbursement (Cost) | 18.00 | @ | 1.00 | 18.00 |

**TOTAL DUE >>>**    **$1,350.50**

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

Service(s) Rendered on _6/29/12_

Received on _7/18/12_

Attorney Signature _John C Bain_ Date _7/19/12_

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,350.50 |

**Tax ID:** ▉▉▉▉▉

Phone: 202-616-4226    Fax:

*Please detach bottom portion and return with payment.*

John Adam Bain, Esq.
U.S. Department of Justice - (DC - RM 8214-N)
1331 Pennsylvania Ave., NW
Suite 8214N
Washington DC 20004

Service(s) Rendered on _6/29/12_

Received on _7/18/12_

Attorney Signature _____ Date _____

| Job No. | : 342411 | BU ID | : BCR - SF |
|---|---|---|---|
| Case No. | : 02-CV-1349-BEN (AJB) (S.D. Cal) | | |
| Case Name | : Myers v. The United States | | |

Invoice No. : 429388    Invoice Date : 7/18/2012
**Total Due : $ 1,350.50**

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA 90074**

**PAYMENT WITH CREDIT CARD**    AMEX  DISCOVER  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

**U.S. DEPARTMENT OF JUSTICE**     Request and Authorization To Incur Litigative Expenses

Civil Division

| Document Control No. | |
|---|---|
| Acct. Class. Code | OB146040 |
| Cost | $2,448.08 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 7/18/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Adam Bain   AB | (202) 616-4209 | Myers DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| Deposition services | to     6/29/12 |

**Name and address of payee/**
**Tax Identification Number:**

Barkley Court Reporters
File No 50217
Los Angeles, CA  90074
Tax ID: ▮▮▮▮▮▮▮

**Itemization of Expenses:**

Original/index transcript services of depo.: - $1,617.10
Exhibits    - $281.48
BarkleyAccess pkg, etc. - $20.00
Videographer present (p) - 314 pages - $157.00
Oath, transcript/fees, etc. - $372.50

**Explanation and justification:**

Barry Gustin, M.D.

| Estimated Total Expense |
|---|
| $2,448.08 |

Approved:_____

Branch/Office/Staff Director
Civil Division

# INVOICE

**BARKLEY**
*Court Reporters*
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 429387 | 7/18/2012 | 342411 |

| Job Date | Case No. |
|---|---|
| 6/29/2012 | 02-CV-1349-BEN (AJB) (S.D. Cal) |

| Case Name |
|---|
| Myers v. The United States |

| Payment Terms |
|---|
| COD - Interest @ 1.5%/mo after 30 days |

John Adam Bain, Esq.
U.S. Department of Justice - (DC - RM 8214-N)
1331 Pennsylvania Ave., NW
Suite 8214N
Washington DC 20004

Original/Index transcript of deposition of:

| | | | | |
|---|---|---|---|---|
| Barry Gustin, MD. | 314.00 Pages | @ | 5.15 | 1,617.10 |
| Exhibit | 454.00 Pages | @ | 0.62 | 281.48 |
| BarkleyAccess Pkg/Vid (ASCII, DpSync Vdo, PDF Trnscpts & Exhbts) | | | 20.00 | 20.00 |
| Videographer Present (p) | 314.00 Pages | @ | 0.50 | 157.00 |
| Administering of Oath - C.C.P. 2093(b), Gov.C. 8211(b) | | | 10.00 | 10.00 |
| Hourly Fee | 7.00 Hours | @ | 25.00 | 175.00 |
| Courier (Fed-Ex) | | | 145.50 | 145.50 |
| Transcript Production fee | | | 42.00 | 42.00 |

**TOTAL DUE >>>**  $2,448.08

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 2,448.08 |

Received on ____ 7/8/12

Attorney Signature ___ John A. Bain ___ Date __ 7/19/12

Tax ID: ▓▓▓▓▓

Phone: 202-616-4226    Fax:

*Please detach bottom portion and return with payment.*

John Adam Bain, Esq.
U.S. Department of Justice - (DC - RM 8214-N)
1331 Pennsylvania Ave., NW
Service rendered on ____ 6/29/12
Washington DC 20004

Received on ____ 7/18/12

Attorney Signature _____ Date_____

| Job No. | : 342411 | BU ID | : BCR - SF |
|---|---|---|---|
| Case No. | : 02-CV-1349-BEN (AJB) (S.D. Cal) | | |
| Case Name | : Myers v. The United States | | |

Invoice No. : 429387    Invoice Date : 7/18/2012
**Total Due** : $ 2,448.08

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____    Phone#: _____

Billing Address: _____

Zip: _____    Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA 90074**