# Exhibit 3

# U.S. DEPARTMENT OF JUSTICE

Request and Authorization To Incur Litigative Expenses

Civil Division

| Document Control No. | |
|---|---|
| Acct. Class. Code | 0B1460 |
| Cost | 52.25 |
| Object Class | |

| Name and Title of Requestor | | Date of Request |
|---|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | | 2/7/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Jacqueline Brown | (202) 616-9386 | Myers v. United States, DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| Medical Records | 1/31/12    to    1/31/12 |

**Name and address of payee/**
**Tax Identification Number:**

Child Neurology Center of Northwest Florida
P.O. Box 280
Gulf Breeze, FL  32562
(850) 932-5055

TIN #: ███

**Itemization of Expenses:**

Number of Pages:  134
Total:  $52.25

**Explanation and justification:**

Copies of Medical Records for L███ Myers.

| Estimated Total Expense |
|---|
| $52.25 |

Approved:_____

Branch/Office/Staff Director
Civil Division

# INVOICE

**To:** US Dept of Justice
1331 Pennsylvania Ave NW
Suite 8014S
Washington DC 20004

**From:** Child Neurology Center of Northwest Florida, P.A.
P.O. Box 280
Gulf Breeze, FL 32562
Tax ID: 20-0492935

**Date:** 1/31/12

**Re:** Medical Records

**Patient Name:** Myers, L ██████

**DOB:** ██████

**Number of Pages:** 134

**Fee:** $ 52.25

Service(s) Rendered on 1/31/2012
Received on 2/1/2012

_Attorney Signature_ ___ 2/2/2012 _Date_

I certify that goods / services
were received on 2/1/12
Oral purchase was authorized &
no confirming order was issued.

_P_____

## cnc
### child neurology center

BEN RENFROE, M.D. • DAVID M. SUHRBIER, D.O. • WELDON MAUNEY, M.D. • GENET BOUGHER, ARNP • TRACY EZELLE, ARNP • TERRI KEOHANE, ARNP • SONIA SMITH, ARNP
400 Gulf Breeze Pkwy, Suite 300 • Gulf Breeze, FL 32561 • Mailing Address: P.O. Box 280, Gulf Breeze, FL 32562 • p: 850.932.5055 • f: 850.932.1401

**U.S. DEPARTMENT OF JUSTICE**          Request and Authorization To Incur Litigative Expenses

Civil Division

---

| | |
|---|---|
| **Document Control No.** | |
| **Acct. Class. Code** | 0B1460 |
| **Cost** | 30.00 |
| **Object Class** | |

| Name and Title of Requestor | Date of Request |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 2/29/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Jacqueline Brown | (202) 616-9386 | Myers v. United States, DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| Medical Records | 2/20/12    to    2/20/12 |

**Name and address of payee/**
**Tax Identification Number:**

Peter C.W. Gonzales, M.D., P.A.          TIN #: ▋
3204 N. MacArthur Blvd., Suite B
Irving, TX 75062
(850) 932-5055

**Itemization of Expenses:**

Medical Records
Total: $30.00

**Explanation and justification:**
Copies of Medical Records for L▋

| Estimated Total Expense |
|---|
| $30.00 |

Approved:_____
                              Branch/Office/Staff Director
                              Civil Division

# Peter C.W. Gonzales, M.D. P.A.

3204 N. MacArthur Blvd., Suite B
Irving, TX 75062

Phone (972) 870-5500
Fax (972) 870-5504

Feb 20, 2012

U.S. Department of Justice
Attention: Jacqueline Brown
1331 Pennsylvania Avenue NW
Suite 8014S
Washington, DC 20004

RE:   Patient: L███Myers
      DOB: ████████

Dear Ms. Brown:

We have received a request from your office for medical records medical billing and medical records on L███Myers. The fee for the above is $30.00. Our tax ID# is ████████. Should you have any questions, please feel free to contact our office at (972)870-5500. **Please make check payable to:**

**Peter C.W. Gonzales, M.D., P.A.**
**3204 N. MacArthur Blvd., Suite B**
**Irving, TX 75062**

I certify that goods / services were received on ░2/21/12░ Oral purchase was authorized & no confirming order was issued.

Sincerely,

Branch / Office / Staff Director
Peter C.W. Gonzales, M.D.        (Date)
Neurology

Service (s) Rendered on 2/20/12
Received on 2/21/12

Attorney Signature    Date    3/1/2012

**U.S. DEPARTMENT OF JUSTICE**          Request and Authorization To Incur Litigative Expenses

Civil Division

| | |
|---|---|
| **Document Control No.** | |
| **Acct. Class. Code** | 0B1460 |
| **Cost** | 20.00 |
| **Object Class** | |

| **Name and Title of Requestor** | | **Date of Request** |
|---|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | | 1/30/13 |

| **Name of person to be contacted** | **Telephone Number** | **Case and Number** |
|---|---|---|
| Julia Ruckman | (202) 307-3839 | Myers v. United States, DJ#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 |

| **Nature of Service** | | **Dates of Service** |
|---|---|---|
| Copy | | 1/22/13    to    1/22/13 |

**Name and address of payee/**
**Tax Identification Number:**

Peter Gonzales          TIN #: ███████
3204 N. MacArthur Blvd., Suite B
Irving, TX  75062
(972) 870-5500

**Itemization of Expenses:**

1 copy
Total: $20.00

**Explanation and justification:**
Copy of medical records for L███ Myers.

| **Estimated Total Expense** |
|---|
| $20.00 |

Approved:_____
                    Branch/Office/Staff Director
                           Civil Division

**Peter C.W. Gonzales, M.D. P.A.**

3204 N. MacArthur Blvd., Suite B
Irving, TX 75062

Phone (972) 870-5500
Fax (972) 870-5504

January 22, 2013

U.S. Department of Justice
Attn: Julia B. Ruckman
1331 Pennsylvania Avenue NW
Room 8010S
Washington, DC 20004

RE:     Patient: L███ Myers
        DOB: ████████

Dear Ms. Ruckman:

We have received a request from your office for medical records on I███ Myers. The fee for the above is $20.00. Our tax ID# is ████████. Should you have any questions, please feel free to contact our office at (972)870-5500. **Please make check payable to:**

Peter C.W. Gonzales, M.D., P.A.
3204 N. MacArthur Blvd., Suite B
Irving, TX 75062

Civil Division, Environmental Torts
Ben Franklin Station
P.O. Box 340
Washington, DC 20044
Director, J. Patrick Glynn

Sincerely,

Peter C.W. Gonzales, M.D.
Neurology

Service(s) Rendered on _Jan. 23 2013_

Received on ___1/30/13___

Attorney Signature _Julia B. Ruckman 1/30/13_

# U.S. DEPARTMENT OF JUSTICE

Request and Authorization To Incur Litigative Expenses

Civil Division

| | |
|---|---|
| Document Control No. | |
| Acct. Class. Code | 0B1460 |
| Cost | 20.00 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 2/16/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Kirsten Wilkerson | (202) 353-7750 | Myers v. United States, DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| Medical Records | 1/31/12   to   1/31/12 |

**Name and address of payee/**
**Tax Identification Number:**

Jacksonville Children's and Multispecialty Clinic
120 Memorial Drive
Jacksonville, NC 28546
(910) 353-0581

TIN #: ██████

**Itemization of Expenses:**

Medical Record Copy Admin: $10.00
Medical Record Copy Admin: $10.00
Total: $20.00

**Explanation and justification:**

Copies of Medical Records for L███ and D███ Myers.

| Estimated Total Expense |
|---|
| $20.00 |

Approved:_____
Branch/Office/Staff Director
Civil Division

# Jacksonville Children's and Multispecialty Clinic, P.A.

*Including Jacksonville Children's Clinic, Swansboro Children's and Family Care, Jacksonville Allergy, Asthma and Sinus, Family Care Clinic, Jacksonville Behavior and Mental Health Clinic, and Jacksonville Children's and Family Care*

120 Memorial Drive
Jacksonville, NC 28546
(910) 353-0581 Fax (910) 353-1536

A certify that goods / services
were received on 2/15/12
Oral purchase was authorized &
no confirming order was issued.

Branch / Office / Staff Director
Civil Division          (Date)

1/31/2012

2/15/2012

Remit to:
Jville Child & Multispecialty
120 Memorial Drive
Jacksonville, NC 28546-6328

2/8/12

Addressee:
Kirsten L Wilkerson
US Department of Justice
1331 Pennsylvania Avenue NW
Suite 8041S
Washington, DC 20004

| Date | Patient Name | CPT | Diag | Description of Service | Amount |
|------|--------------|-----|------|------------------------|--------|
| 1/31/2012 | Myers, D | S9981 | MREC | Medical Record Copy Admin | $10.00 |
| 1/31/2012 | Myers, D | S9981 | MREC | Medical Record Copy Admin | $10.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | Balance Due |
|-------------|---------|----------|----------------------|-------------|
| 25688 | $20.00 | $0.00 | $0.00 | $20.00 |

# U.S. DEPARTMENT OF JUSTICE

Request and Authorization To Incur Litigative Expenses

Civil Division

| Document Control No. | |
|---|---|
| Acct. Class. Code | 0B1460 |
| Cost | 83.78 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 2/7/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Jacqueline Brown | (202) 616-9386 | Myers v. United States, DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| Medical Records | 1/27/12 to 1/27/12 |

**Name and address of payee/**
**Tax Identification Number:**

West Georgia Family Medicine
1899 Lake Road, Suite 212
Hiram, Georgia 30141
(770) 222-5491

TIN #: ████████

**Itemization of Expenses:**

| | |
|---|---|
| Administrative Fee: | $24.86 |
| Certification Fee: | $9.32 |
| Copying Fee: | $49.60 |

Total: $83.78

**Explanation and justification:**
Copies of Medical Records for L███Myers.

| Estimated Total Expense |
|---|
| $83.78 |

Approved:_____
Branch/Office/Staff Director
Civil Division


DATE: 1-27-12

PATIENT'S NAME: L███ myers ███

PATIENT'S DATE OF BIRTH: ███ ███

LAST 4 DIGITS OF PATIENT'S SSN:

To Whom It May Concern:

In accordance with federal law, our charges for medical records are as follows:

__ADMINISTRATIVE FEE:__     $24.86

__CERTIFICATION FEE:__     $9.32

__COPYING FEE:__     $ 49.60 (42 pages)

$.93 PER PAGE FOR 1-20 PAGES
$.80 PER PAGE FOR 21-100 PAGES
$.63 PER PAGE FOR 100+ PAGES

__TOTAL FEE:__     $ 83.78

Upon receipt of payment, medical records will be sent. Our Tax I.D. # is: ███

Thank You,

*Jill Pillow*

Medical Records Custodian

I certify that goods / services
were received on 2/6/12
Oral purchase was authorized &
no confirming order was issued.

_____
Branch / Office / Staff Director
Civil Division     (Date)

Service (s) Rendered on 2/6/2012
Received on 2/6/2012

_____
Attorney Signature     Date   2/7/2012

# U.S. DEPARTMENT OF JUSTICE

Request and Authorization To Incur Litigative Expenses

Civil Division

---

| | |
|---|---|
| Document Control No. | |
| Acct. Class. Code | 0B1460 |
| Cost | 66.73 |
| Object Class | |

| Name and Title of Requestor | Date of Request |
|---|---|
| CHRISTINA M. FALK, ASSISTANT DIRECTOR | 2/7/12 |

| Name of person to be contacted | Telephone Number | Case and Number |
|---|---|---|
| Jacqueline Brown | (202) 616-9386 | Myers v. United States, DJ#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 |

| Nature of Service | Dates of Service |
|---|---|
| Medical Records | 1/27/12     to     1/27/12 |

**Name and address of payee/**
**Tax Identification Number:**

West Georgia Family Medicine          TIN #: ███████
1899 Lake Road, Suite 212
Hiram, Georgia 30141
(770) 222-5491

**Itemization of Expenses:**

Administrative Fee: $24.86
Certification Fee: $9.32
Copying Fee: $32.55

Total: $66.73

**Explanation and justification:**
Copies of Medical Records for D███ Myers.

| Estimated Total Expense | |
|---|---|
| $66.73 | |

Approved:_____
Branch/Office/Staff Director
Civil Division



**West Georgia**
Family Medicine PC

Terry Langford, D.O., DABFP

DATE: 1-27-12

PATIENT'S NAME: P███████ myers

PATIENT'S DATE OF BIRTH: ████████████

LAST 4 DIGITS OF PATIENT'S SSN:

To Whom It May Concern:

In accordance with federal law, our charges for medical records are as follows:

**ADMINISTRATIVE FEE:**   **$24.86**

**CERTIFICATION FEE:**   **$9.32**

**COPYING FEE:**   $ 32.55
(35 pages)

$.93 PER PAGE FOR 1-20 PAGES
$.80 PER PAGE FOR 21-100 PAGES
$.63 PER PAGE FOR 100+ PAGES

**TOTAL FEE:**   $ 44.73

Upon receipt of payment, medical records will be sent.  Our Tax I.D. # is: ████████

Thank You,

*Jill Pillow*

Medical Records Custodian

Service (s) Rendered on 2/6/2012
Received(s) Rendered on 2
...ceived on _____ 2/6/2012

Attorney Signature        Date
_____ ...ture        Date

I certify that goods / services
were received on 2/6/12
Oral purchase was authorized &
no confirming order was issued.

Branch / Office / Staff Director
Civil Division        (Date)

1899 Lake Road, Suite 212, Hiram, Georgia 30141 • Phone: 770-222-5488 • Fax: 770-222-5491


I certify that the enclosed records are a complete and accurate copy as per your request.

Jill Pillow
_____
Printed Name

_Jill Pillow_
_____
Signature

1-27-12
_____
Date